EXHIBIT
A

Maureen Fraser
*Mayor*

Charles Hall, *Alderman*
Jewel Jordan, *Alderman*
Nick Robbins, *Alderman*
Missy Marshall, *Alderman*
John E. Stamps, *Alderman*

Molly Mehner
*Town Administrator*

Kristie Diamond
*Town Clerk*

# Town of Collierville

**Date:** October 13, 2025

**To:** Bobby Cannon, Battalion Chief

**From:** Molly Mehner, Town Administrator MM

**Subject:** Employment with the Town of Collierville Fire Department

On Friday, September 26, 2025, Mayor Fraser contacted me regarding several matters as I was driving back from the TCMA Conference in Kingsport, TN. One topic pertained specifically to you. She informed me that earlier in the week, you reached out to her via text message, requesting a time to meet as you had something to deliver. Upon confirming her availability, you provided her with a file folder containing two sets of character reference letters, one for her and one for me. The Mayor provided the letters to me on Monday, September 29, 2025. These letters had been solicited from lieutenants and other fire personnel in support of you and appear to have been gathered around the time disciplinary action was issued by Chief Selberg to you on August 19, 2025.

It is highly inappropriate for a superior officer to request letters of support from subordinates and coworkers while under disciplinary review. This places undue pressure on subordinates and compromises the integrity of the chain of command. Regardless of the outcome of the disciplinary process, your actions created a situation in which your subordinates were forced to choose between loyalty to you or to Chief Selberg, which is unacceptable.

Furthermore, you reportedly told Mayor Fraser that Chief Selberg had informed you that both she and I had stated you would never advance within the department. Mayor Fraser refuted this claim directly, stating that neither she nor I had ever made such a statement. This misrepresentation appears to be a deliberate attempt by you to sow discord between Chief Selberg, the Mayor, and myself.

You also informed the Mayor you had filed a harassment complaint against Chief Carter with Human Resources several weeks prior and no action had been taken. I advised the Mayor I had not been made aware of any such complaint and HR Director Bill Burke typically informs me promptly when such matters arise. Upon contacting Mr. Burke, he confirmed he had no knowledge of any complaint but agreed to investigate further.

That same day, Mr. Burke spoke directly with you, and you clarified you had <u>not</u> filed a formal complaint with HR. Instead, you had merely expressed a verbal concern to Chief Selberg regarding a comment allegedly made by Chief Carter about "getting rid of BC Cannon." Mr. Burke confirmed with you that no written complaint was submitted, no expectation of follow-up was communicated, and you stated you were no longer concerned due to improved relations with Chief Selberg. This directly contradicts what you told the Mayor and falsely implied negligence on the part of HR.

Additionally, you misrepresented the nature of your interaction with the Mayor, telling Mr. Burke you had "casually bumped into" her and engaged in general conversation. In reality, the Mayor produced the text message from you explicitly requesting a meeting to deliver materials. Another mistruth.

Finally, it is inappropriate for an employee to engage an elected official regarding a personnel matter when that responsibility clearly falls upon the Town Administrator per the Town Charter.

Trust, honesty, and integrity are foundational values of the Fire Department and Town of Collierville. These repeated instances of dishonesty and manipulation demonstrate you are no longer a credible or trustworthy member of the Collierville Fire Department. **Accordingly, I am terminating your employment with the Town of Collierville, effective immediately - unless you choose to submit your written resignation by 5:00 PM today, Monday, October 13, 2025.**

Cc: John Selberg, Fire Chief
Bill Burke, Human Resources Director