EXHIBIT
B

# COLLIERVILLE PERSONNEL

# POLICIES AND PROCEDURES

# MANUAL

Revised 09/04
Revised 02/07 (Ch 18)
Revised 10/07 (Ch 1-3, Ch 5, Ch 8-9, Ch 12, Ch 14, Ch 16)
Revised 07/08 (Ch 2)
Revised 08/09 (Ch 1-2, Ch 4-5, Ch 7-9, Ch 12, Ch 14, Ch 16)
Revised 08/12 (Ch 9)
Revised 10/14 (Ch 15)
Revised 10/16 (Ch 14)
Revised 10/20 (Ch 14)
Revised 11/20 (Ch 9)
Revised 06/21 (Ch 2)

include health programs, medical, credit union, wellness programs, long term service awards, an employee newsletter and maintenance of a retirement system. All programs will be reviewed annually during the budgeting process and continuation of any and all programs are subject to fund availability.

4. Compensatory Time (Comp Time) - Hours during which an employee is not working, which are not counted as hours worked during the applicable work week or other work period for purposes of overtime compensation, and for which the employee is compensated at the employee's regular rate.

5. Day - A day is considered whatever the normal workday is for that respective department. (Shift)

6. Demotion - That action, either voluntary or involuntary, which changes the employees' job classification and pay to a lower grade.

7. Department Director - The head of a department as appointed by the Board of Mayor and Aldermen.

8. Discharge - Involuntary separation from town employment by the town administration.

9. Eligibility Date - The date an employee entered, transferred, or is promoted to a new position or the date that an increase in pay step is approved. This is the date from which length of service is computed to determine probationary periods, order of layoff and eligibility for merit increases. This date will be adjusted an equivalent amount for an employee on leave of absence or in any non-pay status for a period of thirty (30) days or more.

10. Grievance - Any difference of disagreements or disputes arising between an employee and his/her supervisor and/or employer with some aspect of his/her employment, application or interpretation of regulations and policies, or some management decision affecting him/her. A grievance can be something real, alleged, or a misunderstanding concerning policies and procedures or administrative order involving the employee's health, safety, physical facilities, equipment or material used, employee evaluation, promotion, transfer, layoff, recall and any other related items.

11. Job Abandonment – A failure to call in or report to work for a period of three (3) consecutive work days, which shall be considered a voluntary resignation.

12. Job Classification - A group of positions sufficiently similar in general duties and responsibilities, given the same title and salary range and requiring similar education, experience and tests of fitness.

13. Job Description - A written description of a job or position and its work requirements.

14. Layoff - A reduction in the number of employees due to lack of work, funds, or other causes not pertaining to employee performance.

29. Resignation - An act of voluntary separation from employment with the Town of Collierville.

30. Retirement - A voluntary separation from the employment of the Town based on either length of service, age, or both. Requirements for retirement of an employee shall be set forth in the applicable Retirement Plan Regulations, Town Ordinance, State and Federal laws.

31. Seasonal Employment - An employee who provides temporary services to the Town during peak periods of the year. Work performed is either full-time or part-time and lasts for a maximum of six (6) months.

32. Suspension - The separation with or without pay of an employee for a fixed period of time.

33. Temporary Employment - An employee appointed for a special project or other work. (This could include either full-time or part-time work depending on the specific project).

34. Termination Date – This is the employee's last day worked with the Town. The termination date cannot be extended by the use of any unused leave time.

35. Transfer - An action which moves an employee from one position to another with no resulting change in pay grade.

36. Work Week – The normal workweek for the Town of Collierville consists of 7 consecutive 24-hour periods commencing at 12:00 a.m. on Sunday through 11:59 p.m. on the following Saturday. Overtime is based on hours worked over 40 hours in a given workweek. The workweek for Police Department personnel on roll call is the same as the normal workweek for the Town of Collierville. Overtime is based on hours worked over 41.25 hours in a given workweek. The workweek for 24-hour employees in the Fire Department is a 28-day cycle starting at 7:00 a.m. on Sunday and going to 6:59 a.m. on Sunday (28 days later). Overtime is based on a 28 day / 212-hour cycle.

### 1.05 Administration

In accordance with the Town's Charter, specifically Article V, Section 5.02, the Town Administrator shall be directly responsible to the Mayor and Board of Alderman to exercise general administrative responsibilities assigned for the coordination and direction of the activities of the operating departments, including, but not limited to, hours of operation, administration of these personnel policies which include the selection, merit and discipline of personnel, provided however, all operating department heads should be reviewed by the Town Administrator, nominated by the Mayor and appointed and terminated only by majority vote of the Board of Aldermen.

### 1.06 Position Classifications

The Human Resources Director, in conjunction with the Town Administrator and Department Directors, shall prepare a plan containing a description of the duties and qualifications of each

**CHAPTER 12** **(Revised 10/22/07 via Resolution 2007-48)**
**(Revised 8/24/09 via Resolution 2009-47)**

## CODE OF CONDUCT AND DISCIPLINARY ACTION

**SECTION**

12.01 Purpose.
12.02 Notification.
12.03 Disciplinary Hearings.
12.04 Disciplinary Offenses.
12.05 Procedures for Disciplinary Action.
12.06 Grievance Procedures.
12.07 Representation During Grievance Process.

### 12.01 Purpose

**The disciplinary procedures listed below are guidelines only.** They are not absolute. Because every offense is unique, the Department Director should take whatever action he/she feels is most appropriate. For every action taken, consideration must be given to the severity of the offense, the cost involved, the time interval between violations, and the length and quality of an employee's service record.

Violations of Town of Collierville rules may warrant disciplinary action. Forms of discipline that the Town may elect to use include oral reprimand, written reprimand, suspension, demotion and discharge. The system is not formal, and the Town may, at its sole and absolute discretion, deviate from any order of progressive disciplinary actions and utilize whatever form of discipline is deemed necessary under the circumstances, up to and including immediate termination of employment. The Town's policy for discipline in no way limits or alters the at-will employment relationship

### 12.02 Notification

Whenever possible, the Department Director shall discuss any proposed action that may result in suspension, demotion or termination with the Town Administrator or Human Resources Director prior to taking any action and shall submit a statement listing the offense(s) and the reasons for action. When immediate action is necessary, notification should take place immediately or when the employee returns to work. Copies of the action are given to the employee, placed in the employee's departmental file and placed in the Town's official personnel files located in the Human Resources Department.

### 12.03 Disciplinary Hearings

If the supervisor considers suspension, demotion or discharge of an employee, a disciplinary hearing will be conducted. The purpose of the hearing is to:

(1) give notice of the charges against the employee,

(2) allow the employee an opportunity to hear the employer's evidence,

(3) provide an opportunity for the employee to present his/her side of the situation.

Under appropriate circumstances, an employee may be suspended with pay pending the outcome of the hearing and any appeal.

### 12.04 Disciplinary Offenses

The following are examples of actions that are prohibited on the job and, if committed, may be cause for disciplinary action, including oral reprimand, written reprimand, suspension without pay (not to exceed 30 days), demotion, or discharge. This list is not all inclusive but rather is intended as a guideline for employee conduct.

1. Productivity or workmanship not up to required standards of performance.

2. Mistake due to carelessness.

3. Operating, using, or possessing tools, equipment or machines to which the employee has not been assigned.

4. Performing other than assigned work.

5. Tardiness. (Guide: Three (3) times in a thirty (30) day period.)

6. Excessive absenteeism. (Guide: Three (3) occurrences (absence for one or more consecutive working days for the same reason) in a thirty (30) day period.)

7. Absent without permission or leave.

8. Failure to work overtime, special hours, or special shifts, after being scheduled according to overtime and standby duty policies.

9. Quitting work, wasting time, loitering, or leaving assigned work area during working hours without permission.

10. Where the operations are continuous, leaving an employee's post at the end of his/her scheduled shift without being relieved by his/her supervisor or his/her relieving employee on the incoming shift.

11. Taking more than specified time for meals or rest periods.

12. Disregarding job duties by loafing or neglecting work during working hours.

13. Engaging in horseplay, scuffling, wrestling, throwing things, malicious mischief, distracting the attention of others, catcalls, or similar types of disorderly conduct.

14. Violating a safety rule or safety practice. (i.e. not wearing seat belts).

15. Creating or contributing to unsafe and unsanitary conditions or poor housekeeping.

16. Washing up or changing clothes during working hours without specific permission of supervisors.

17. Failure to pay just debts that are due, or failure to make reasonable provisions for the future payment of such debts, thereby causing annoyance or embarrassment to the Town or superiors.

18. Failure to report an accident or personal injury in which the employee was involved while on the job.

19. Failure to keep the Department Director notified of proper address or telephone number.

20. Failure to report the loss of a Town identification card immediately to the Department Director.

21. Refusal to have fingerprints or a photograph taken when directed to do so.

22. Having been subject to an excessive number of accidents, resulting in personal injury or injury to others.

23. Reporting for work or working while unfit for duty - either physically or mentally.

24. Sleeping during working hours, unless otherwise provided, as in the Fire Service.

25. Mistakes due to carelessness which affect the safety of Town personnel, equipment, tools or property.

26. Mistakes due to carelessness which cause material, parts or equipment to be damaged or scrapped.

27. Violating a Town Policy, (Personnel Rules and Regulations, E-Mail Policy, Code of Conduct, etc.) or a specific departmental rule.

28. Using or possessing another employee's tools or equipment without the employee's consent.

29. Operating a Town-owned or other vehicle used in the service of the Town in wanton disregard for the safety of others.

30. Making false or malicious statements concerning any employee, supervisor, the Town or its operations.

31. Provoking or instigating a fight or fighting at any time on Town property.

32. Threatening, intimidating, coercing or interfering with fellow employees, superiors or the public; criticizing orders, rules and policies; behaving in a way that interferes with the proper cooperation of employees and impairs the efficiency of Town service.

33. Posting or removing any matter on bulletin boards or Town property at any time unless authorized.

34. Distributing written or printed matter of any description on Town premises unless authorized.

35. Vending, soliciting, or collecting contributions for any purpose whatsoever at any time on Town property unless authorized.

36. Receipt from any person, or participating in any fee, gift, or other valuable item in the course of work, when such time is given in the hope or expectation of receiving a favor or better treatment than that accorded other persons.

37. Failure to report a request for information or receipt of a subpoena from a law firm or an attorney.

38. Incompetence or poor performance of the employee's assigned duties.

39. Wanton or willful neglect in the performance of assigned duties.

40. Insubordination by the refusal to perform work assigned or to comply with written or verbal instructions of the supervisory force.

41. Discourtesy to supervisors, co-workers, or other persons with whom the employee comes into contact with while in the performance of his/her duties.

42. Deliberate misusing, destroying, or damaging any Town property or property of an employee.

43. Theft or removal from Town locations without proper authorization <u>any</u> Town property or property of any employee.

44. Unauthorized possession of firearms, explosives, or weapons on Town property.

45. Engaging during non-duty hours in an employment, activity or enterprise that is immoral, inconsistent, or incompatible, or in legal or technical conflict with his/her duties, functions and responsibilities as a Town employee.

46. Conviction or guilt of a felony, a misdemeanor of the first degree as defined in Tennessee statutes, or any violation of a Town ordinance involving moral turpitude, while either on or off the job.

47. Knowingly punching the timecard of another employee, having one's time card punched by another employee, or any unauthorized altering of a time card.

48. Job Abandonment: A failure to call in or report to work for a period of three (3) consecutive days.

49. Failure to return from an authorized leave of absence.

50. Making false claims or misrepresentation in an attempt to obtain sickness or accident benefits, or worker's compensation.

51. Use or attempted use of political influence or bribery to secure an advantage in any manner.

52. Misappropriating town funds, appropriating town property for personal use or illegally disposing of Town property.

53. Falsifying personal or Town records, including employment applications, accident records, work records, purchase orders, time sheets, or any other report, record or application.

54. Refusal to give testimony in accident investigations.

55. Refusal to cooperate fully in any administrative and non-criminal investigations.

56. Violation of the Town's Harassment Policy.

57. Having been refused a surety bond when the employee applies for one as a requirement for employment.

58. Failing to qualify on an examination required for his/her job classification.

59. Concerted curtailment or restriction of production or interference with work in or about the Town's workstations including, but not limited to, instigating, leading or participating in any walkout, strike, sit-down, stand-in, slowdown, refusal to work at the scheduled time for the schedule shift.

60. Participation in a strike against the Town of Collierville.

61. Possessing intoxicating beverages or narcotics or being under their influence while on duty.

62. Gambling, or engaging in a game of chance - such as a lottery - at Town work stations at any time.

63. Leaving the job during regular working hours without permission.

64. Having a driver's license suspended or revoked in the performance of one's duties when the employee's position requires the operation of a motor vehicle.

**12.05 Procedures for Disciplinary Action**

A. Duty of Personnel, Supervisors and Directors – It shall be the duty of all personnel to report any violations of the Personnel Policies and Procedures and for supervisors to take action accordingly when they, through personal observation or report, learn of any violation of the Personnel Policies and Procedures.

B. Disciplinary Procedures:

1. Discipline may take the form of an oral reprimand, written reprimand, suspension, demotion, or termination. Discipline can be given by any Employee vested with supervisory authority by virtue of his/her job description. In the case of an oral or written reprimand, a supervisor should prepare documentation of the disciplinary action and present it to the Employee to acknowledge in writing. If the Employee refuses to acknowledge the disciplinary action, the notation "refused to sign" shall be placed on the documentation. A copy of the documentation shall be sent to the Human Resources Department and placed in the Employee's personnel file and a copy sent to the appropriate Department Director. Employees may request a review of the appropriateness of an oral or written reprimand by their Department Director. The Department Director's decision is final.

2. In the case of a suspension without pay, demotion or termination, the supervisor recommending such action shall prepare a report outlining the violation and the basis for the recommendation. If the supervisor recommending discipline is not the Department Director, the supervisor shall give the report to the Department Director. The Employee will also be provided a copy of the report.

3. After receiving the supervisor's report, the Department Director shall, within five (5) business days, schedule a meeting with the Employee to go over the report and provide the Employee with an opportunity to rebut the charges, explain his/her conduct or argue for a lesser penalty. The Employee should discuss all facts he/she deems pertinent to the case at this time in order for the Department Director to make a fair and reasoned determination.

4. After meeting with the Employee, the Department Director shall determine whether the discipline recommended is appropriate. If the Department Director anticipates that his/her determination will be suspension without pay, demotion or termination, he/she shall review the matter with the Human Resources Department before rendering a decision to ensure that the proper procedures have been followed.

5. If the discipline determined by the Department Director involves suspension without pay, demotion or termination, the Employee may appeal the disciplinary action to the Town Administrator by written request within ten (10) days of the date discipline is issued. Such written request shall include the basis for the appeal and any facts or arguments the employee wishes to be considered as part of the appeal.

6. The Town Administrator will review the record of the case and shall rule on the appropriateness of the discipline imposed. The Town Administrator will base his/her decision on the existing record. He/she may also conduct such other investigation as he/she deems appropriate, in his or her sole discretion. If the Employee wishes to present new facts that were not considered by the Department Director, the Town Administrator may, in his/her sole discretion, remand the matter to the Department Director for reconsideration in light of the new facts. New facts will not be considered if, in the judgment of the Town Administrator, the Employee had access to such facts, or could have had access through the exercise of reasonable diligence, at the time the matter was originally considered by the Department Director.

7. The decision of the Town Administrator shall be communicated in writing to the Human Resources Director and the Department Director. Said decision shall also be provided in writing to the Employee. The decision of the Town Administrator shall be final.

8. Any disciplinary action not appealed to the Town Administrator within ten (10) days after the Department Head's decision shall be final.

9. All Town employees will serve a period of probationary employment, as defined in Section 3.04. During said period of probation, any Employee may be terminated with no right of appeal. Department Directors must complete a job performance evaluation form on the Employee and forward it to the Human Resources Director and Town Administrator for review. Paragraphs (1) through (10) of this Section apply only to non-probationary employees and nothing in these paragraphs is to be construed as applying to probationary employees.

10. Numbers (1) – (4) of this section shall not apply to members of the Police Department, discipline for which will be governed by the Police Department's General Order.

**12.06 <u>Grievance Procedures</u>**

Employee(s) who have a complaint or grievance that does not involve suspension without pay, demotion or termination shall have the right to discuss the grievance with their immediate supervisor, a higher-level supervisor, and/or the Department Director. Every employee may present a complaint or grievance under the provisions of the grievance procedures free from fear, interference, restraint, discrimination, coercion, or reprisal.

Steps of the grievance procedure are as follows:

Step 1: Within five (5) working days of the occurrence of the matter giving rise to the grievance, the employee shall inform his/her immediate supervisor that he/she has a grievance and discuss the grievance, if it is founded, with the supervisor. When a grievance is raised to any supervisory employee of the town, it shall be the responsibility of the supervisor to promptly discuss all relevant information regarding the grievance with the employee and to address the grievance to the degree that the supervisor possesses the authority to do so. The supervisor shall respond in writing to the employee within three (3) working days regarding the action to be taken in response to the grievance.

Step 2: If the employee is not satisfied with the response of his/her immediate supervisor, the employee may, within ten (10) working days of said response, raise a grievance, with his/her Department Director. The Department Director shall fully discuss the grievance with the employee, the employee's supervisor and any other parties relevant to the grievance. The Department Director shall respond in writing to the employee within three (3) working days.

Step 3: If the employee is not satisfied with the response of the Department Director, the employee may, within ten (10) working days, raise the grievance, in writing, to the Human Resources Director. The Human Resources Director shall review the matter within ten (10) working days to determine if he/she agrees with the response of the Department Director. He/she shall report the outcome of his/her determination in writing to the Town Administrator. The decision of the Town Administrator shall be final.

If one of the individuals in charge of the grievance process is the subject of the grievance, or if the employee is otherwise uncomfortable dealing directly with one of the individuals in the grievance process, the employee shall go directly to the next step, and inform the individual at that step why he/she has done so.

When a grievance has been filed concerning a promotion, transfer, or other action which would affect subsequent promotions or outside recruitment, such subsequent actions shall be deferred pending the resolution of the grievance, unless such deferral would, in the opinion of the Town Administrator, severely hamper the effective operation of the Town service.

### 12.07 Representation During Grievance Process

The Town grievance procedure is intended as an informal method of resolving problems arising from the employment relationship. Legal representation will not be allowed at these administrative hearings. The Town Attorney may be present.

**CHAPTER 15** **(Revised 10/13/14 via Resolution 2014-58)**

## HARASSMENT

**SECTION**

| | |
|---|---|
| 15.01 | Harassment - Definition. |
| 15.02 | Making Harassment Complaints. |
| 15.03 | Reporting and Investigation of Harassment Complaints. |
| 15.04 | Action on Complaints of Harassment. |
| 15.05 | Obligation of Employee. |
| 15.06 | Workplace Bullying |


### 15.01 Harassment - Definition

The definition of harassment includes conduct directed by men toward women, conduct directed by men toward men, conduct directed by women to men, and conduct directed by women toward women. Consequently, this policy applies to all officers and employees of the Town of Collierville, including but not limited to, full-time and part-time employees, elected officials, permanent and temporary employees, employees covered or exempt from the personnel rules or regulations of the Town, and employees working under contract for the Town.

Sexual harassment includes unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature. Examples include inappropriate touching such as pinching, grabbing and patting; sexual propositioning; making other explicit or implied job threats or promises in return for submission to sexual favors; making inappropriate sex-oriented comments on appearance; telling sex-oriented stories; displaying sexually explicit or pornographic material; and sexual assault on the job. Any of the foregoing unwelcome conduct may constitute sexual harassment where it affects employment decisions, makes the job environment hostile, or unreasonably interferes with work performance.

Sexual harassment is an unlawful employment practice and is absolutely prohibited by the Town. The Town also prohibits other kinds of harassment, such as offensive racial, religious, disability-related, age-related, or ethnic remarks, jokes or other conduct which may be offensive to other employees.

### 15.02 Making Harassment Complaints

The Town will not tolerate the harassment of its employees, and will take immediate, positive steps to investigate all harassment complaints and take prompt, remedial action in response to those complaints.

An employee who feels he or she has witnessed or is being subjected to harassment should immediately contact one of the persons below with whom the employee feels the most comfortable. Complaints may be made orally or in writing to:

a. The employee's immediate supervisor,

b. The employee's Department Director,
c. The Town Administrator or Human Resources Director,
d. The Mayor.

Employees have the right to circumvent the employee chain of command in selecting which person to whom to make a complaint of harassment. Regardless of to which of the above persons the employee makes a complaint of harassment, the employee should be prepared to provide the following information:

a. Official's or employee's name, department and position title.

b. The name of the person or persons committing the harassment, including their title(s), if known.

c. The specific nature of the harassment, how long it has gone on, and any employment action (demotion, failure to promote, dismissal, refusal to hire, transfer, etc.), taken against the employee as a result of the harassment, or any other threats made against the employee as a result of the harassment.

d. Witnesses to the harassment.

e. Whether the employee has previously reported such harassment and, if so, when and to whom.

**15.03 <u>Reporting and Investigation of Harassment Complaints</u>**

The Human Resources Director is the person designated by the Town to be the investigator of complaints of harassment against employees. In the event the harassment complaint is against the Human Resources Director, the investigator shall be a municipal employee appointed by the Mayor.

When an allegation of harassment is made by any employee, the person to whom the complaint is made shall immediately prepare a report of the complaint according to the preceding section and submit it to the Human Resources Director.

The investigator shall make and keep a written record of the investigation, including notes of verbal responses made to the investigator by the person complaining of harassment, witnesses interviewed during the investigation, the person against whom the complaint of harassment was made, and any other person contacted by the investigator in connection with the investigation. The notes shall be made at the time the verbal interview is in progress.

Upon conclusion of the investigation, the investigator shall prepare a report of the findings and present them to the Town Administrator. The report shall include the written statement of the person complaining of harassment, the written statement of witnesses, the written statement of the person against whom the complaint of harassment was made, and all the investigator's notes connected to the investigation.

### 15.04 Action on Complaints of Harassment

Upon receipt of a report of the investigation of a complaint of harassment, the Town Administrator shall immediately review the report. If he/she determines that the report is not complete in some respect, he/she may question the person complaining of harassment, the person against whom the complaint has been made, witnesses to the conduct in question or any other persons who may have knowledge about the harassment.

Based upon the report and his/her own investigation, where one is made, the Town Administrator shall, within a reasonable time, determine an appropriate response to the complaint. In making that determination, the Town Administrator shall look at the record as a whole and at the totality of the circumstances, including the nature of the conduct in question, the context in which the conduct, if any, occurred, and the conduct of the person complaining. The determination of an appropriate response will be made on a case-by-case basis.

If the Town Administrator determines that disciplinary action should be taken, such action shall be consistent with the nature and severity of the offense, the rank of the employee, and any other factors the Town Administrator believes relate to fair and efficient administration of the Town, including, but not limited to, the effect of the offense on employee morale and public perception of the offense, and the light in which it casts the Town. The disciplinary action may include, but is not limited to, demotion, transfer, suspension, discharge, warning or reprimand. A determination of the level of disciplinary action shall also be made on a case-by-case basis.

A written record of disciplinary actions taken shall be kept, including verbal reprimands. In all events, an employee disciplined shall be warned not to retaliate in any way against the person making the complaint of harassment, witnesses or any other persons connected with the investigation of the complaint of harassment.

In cases where the harassment is committed by a non-employee against a Town employee in the workplace, the Town Administrator shall take whatever lawful action against the non-employee as is necessary to bring the harassment to an immediate end.

Any disciplinary action taken pursuant to this section is subject to the procedures set forth in Section 12.06.

### 15.05 Obligation of Employee

Employees are not only encouraged to report instances of harassment, they are obligated to report such instances. Employees are also obligated to cooperate in every investigation of harassment. The obligation includes, but is not necessarily limited to, coming forward with evidence, both favorable and unfavorable, for a person accused of such conduct; fully and truthfully making written reports or verbally answering questions when required to do so by an investigator. Employees are also obligated to refrain from making bad faith accusations of harassment.

Disciplinary action may also be taken against any employee who fails to report instances of harassment, or who fails or refuses to cooperate in the investigation of a complaint of harassment, or who files a complaint of harassment in bad faith.

## 15.06 Workplace Bullying

**Policy**

The Town of Collierville (TOC) is committed to providing all employees a healthy and safe work environment free of bullying and other harassing behaviors. TOC is committed to the elimination of all forms of bullying. TOC expects integrity and respect for the dignity of others to govern all employment relationships. If an employee's conduct is offensive to another person, then that conduct is not appropriate workplace behavior and may be grounds for discipline, up to and including termination.

There will not be retaliation against any employee who in good faith alleges bullying or who participates in good faith in an investigation of a bullying complaint.

TOC believes that TOC is the best place to resolve bullying complaints and has put in place procedures that allow complaints of bullying to be resolved internally in a prompt and effective manner.

**Scope**

This policy applies to all employees, applicants for employment, vendors, contractors and temporary workers.

**Definitions**

Bullying is behavior that demeans, intimidates, or humiliates either individuals or a group. Bullying behavior is often persistent and part of a pattern, but bullying can also occur as a single incident. Bullying is both an individual behavior and a group behavior.

Some examples of bullying behavior are, but are not limited to:

**Verbal Bullying**

- Abusive and offensive language,
- Insults and/or name calling,
- Inappropriate shouting, raising voice,
- Slandering, ridiculing, or maligning a person and/or his family,
- Spreading rumor and innuendo,
- Teasing,
- Unreasonable criticism,
- Trivializing or making light of work and achievements.

**Physical Bullying**

- Hitting, pushing, shoving, kicking, poking, tripping or any other physical action that intimidates or threatens another,
- Damage or the threat of damage to a person's work area, work product, work tools, resources and/or personal property.

**Bullying by Manipulating the Work Environment**

- Excluding and/or isolating people from normal work interaction,
- Excessive and/or unrealistic demands,
- Work assignments with characteristics and/or requirements not typically expected of or assigned to similarly situated employees,
- Setting impossible and/or unrealistic deadlines.

**Psychological Bullying**

- Unfairly blaming for mistakes and/or errors,
- Setting people up for failure,
- Deliberate or intentional exclusion,
- Excessive supervision, criticism and/or micro-managing of employee,
- Practical jokes,
- Not allowing individual to express themselves,
- Belittling or disregarding opinions or suggestions,
- Criticizing in public and/or public humiliation.

**Mobbing**

Mobbing is a bullying behavior carried out by a group rather than by an individual. Mobbing is the bullying or social isolation of a person through collective accusations, humiliation, general harassment, or emotional abuse. Mobbing may include specific individual incidents such as an insult or a practical joke carried out by an individual as part of mobbing behavior.

**Guidelines**

Employees are expected to report any and all alleged acts of bullying they personally witness:

1. The report should be made to their direct Supervisor, unless the direct Supervisor is involved. In that case the report should be made to the next higher level of management or to the Department Head.
2. The Supervisor or Department Head will immediately contact Human Resources who will direct the investigation.
3. Upon receiving a complaint, Human Resources will conduct a fair and thorough investigation, protecting, to the extent possible, the confidential nature of the complaint. All employees are expected to cooperate fully in bullying investigations by providing truthful and complete information. Where appropriate, prompt, remedial action will be taken to resolve the complaint up to and including termination.
4. After investigating the complaint, if the Town determines that the complaint was untruthful, in whole or in part, or that an employee has provided false information regarding the complaint, disciplinary action, up to and including termination, may be taken against an employee who falsified information.

Context

It is important to understand there is a difference between friendly banter exchanged by long time work colleagues and comments that are meant to be, or are taken as, demeaning. However, discretion is expected when exchanging comments with others as both observers and recipients may be offended or misinterpret the exchange. Employees

are expected to report alleged bullying they witness; it is better to be genuinely mistaken than to let actual bullying go unreported.

Impact of Bullying

Bullying is unacceptable behavior. It violates principles of equality and fairness. It negatively affects employee morale and productivity. Bullying impacts everyone in the workplace.

Those being bullied

People who have been bullied often lose confidence and withdraw from contact with people inside and outside the workplace. Work performance can suffer. Bullied individuals are at increased risk of workplace injury.

The employer

The employer can also suffer because bullying can lead to:

- Deterioration in the quality of work,
- Increased absenteeism,
- Lack of communication and teamwork,
- Lack of confidence in the employer leading to lack of commitment to the job.

Everyone at the workplace

People who witness bullying behaviors can have their attitudes and work performance affected. They can suffer from feelings of guilt that they did nothing to stop the bullying. They can also become intimidated and perform less efficiently fearing that they may be the next to be bullied.

Consequences

Employees found to be in violation of this policy will subject to disciplinary action, up to and including termination, even for the first offense. This includes but is not limited to employees who violate this policy by bullying, employees that are part of a group that bullies and employees that fail to report acts of bullying.

**Responsibilities**

***Managers***

1. Ensure that all employees are aware of the anti-bullying policy and procedures.
2. Are expected to provide leadership and to be a role-model of appropriate professional behavior.
3. Respond promptly to all situations where bullying behavior is observed or alleged to have occurred.
4. Ensure that every reported and observed incident of bullying is fully investigated.
5. Ensure that all bullying is reported to the next highest level of management.

***Employees***

1. Be familiar with and conduct yourself according to this policy.
2. If you witness bullying, report the incident(s) immediately to your supervisor and/or the next higher management level.
3. Where appropriate, intervene by speaking to the alleged bully(ies) to object to the behavior.
4. Any employee who feels he or she has been victimized by bullying is encouraged to report the matter to his or her supervisor, or the next higher level of management or to Human Resources.