EXHIBIT
C

# ARTICLE V

# TOWN ADMINISTRATOR

**SECTION 5.01. APPOINTMENT, SALARY, AND REMOVAL.** The board shall appoint an operating administrative officer with the title of town administrator. He shall serve an indefinite term and may be removed from office by the board of mayor and aldermen.

**SECTION 5.02. DUTIES.** The town administrator shall be directly responsible to the mayor and the board to exercise general administrative responsibilities assigned to him for the coordination and direction of the activities of the operating departments, including, but not limited to, preparation of official agenda for all meetings, preparation and administration of annual operating and capital improvement budgets, preparation of reports for the mayor and board, purchasing, investigation of citizens' complaints, application for grants and administration thereof, administration of personnel policies, including the selection and discipline of personnel, provided however, the qualifications of all applicants for operating department heads shall be reviewed by the town administrator, and operating department heads shall be nominated by the mayor and appointed or terminated only by majority vote of the board; and such other duties as may be described by ordinance. The town administrator shall also maintain all necessary intergovernmental relationships and attend all meetings of the board.

**SECTION 5.03. RESIDENCY REQUIREMENT.** The town administrator need not be a resident of Collierville at the time of appointment but promptly thereafter shall become and thereafter remain an actual resident of the Town. Salary and other benefits incidental to his position shall be fixed by the board.

**SECTION 5.04. ABSENCE OF THE TOWN ADMINISTRATOR.** In the temporary absence or disability of the town administrator, an employee of the Town designated by the mayor or the town administrator shall serve as town administrator.

At any time during such absence or disability, the mayor may revoke such designation and appoint another employee of the Town to serve until the town administrator shall return.

**SECTION 5.05. ALDERMEN DEALING WITH PERSONNEL THROUGH TOWN ADMINISTRATOR.** Individual aldermen are not to have or exercise direct authority over any of the personnel of the Town but may contact such personnel for information gathering purposes to assist the aldermen in meeting their collective responsibilities, provided that such contact is made in such a way as not to interfere with the operation of the department of the Town involved. All other contact with personnel of the Town by aldermen shall be through the town administrator.